UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE S. SEESE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 12-235 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 3rd day of April, 2013, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Joanne S. Seese, is awarded attorney fees under the EAJA in the amount of Two Thousand Three Hundred Fifty dollars and 00/00 cents ($2,350.00) and costs in the amount of Three Hundred and Fifty dollars and 00/00 cents ($350.00). These attorney fees will be paid directly to Plaintiff, Joanne S. Seese, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_____ J.